

| ACCOUNT NUMBER | 0000281798 |
|---|---|

MARISABEL MENDEZ CLARK
3771 DARSTON ST
PALM HARBOR, FL  34685-1151

| STATEMENT DATE | FROM 06/01/13 | TO 06/30/13 |
|---|---|---|
| DIRECT INQUIRIES | (727)376-0300 | |
| PAGE: | PAGE 1 | |

SHARE SAVINGS ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION

| Posting Date | Effective Date | Transaction Description | Loan Principal Amount | FINANCE CHARGE | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|
| | | Prepared for hurricane season? Make sure your home and possessions are adequately covered against wind, rain and flood damage by calling Quorum Insurance at 800.714.1447 or visit quoruminsurance.com. Quorum Insurance, LLC, is the insurance services provider for Grow Financial Federal Credit Union. | | | | |
| 06/01/13 | ID  01 | BASIC SAVINGS ACCOUNT | | Beginning Balance | | 34,789.19 |
| 06/03 | | Withdrawal Transfer | | | 14,000.00- | 20,789.19 |
| 06/03 | | To DANDACHE,KHANJAR 0000939189 Share 15 | | | | |
| 06/11 | | Withdrawal Transfer | | | 11,800.00- | 8,989.19 |
| 06/11 | | To DANDACHE,KHANJAR 0000939189 Share 15 | | | | |
| 06/25 | | Withdrawal Transfer To Share 15 | | | 3,047.88- | 5,941.31 |
| 06/25 | | Withdrawal Transfer To Share 15 | | | 5,000.00- | 941.31 |
| 06/30 | | Dividend Deposit DIVIDEND | | | 4.19 | 945.50 |
| 06/30 | | %% APY Earned  0.15% 04/01/13 to 06/30/13 | | | | |
| 06/30/13 | ID  01 | BASIC SAVINGS ACCOUNT | | Ending Balance | | 945.50 |
| | | Dividends Year To Date | | | | 7.93 |
| | | | | | | |
| 06/01/13 | ID  15 | GROW GREEN CHECKING | | Beginning Balance | | 9,945.50 |
| 06/03 | | DRAFT #000225 TRACER # 0027477215 | | | 25.14- | 9,920.36 |
| 06/03 | | Processed Check - CHASE | | | | |
| 06/03 | | ID: 9200602070 | | | | |
| 06/03 | | %% ACH ECC ARC | | | | |
| 06/03 | | %% ACH Trace 021000027477215 | | | | |
| 06/03 | | DRAFT #000198 TRACER # 0011645557 | | | 70.32- | 9,850.04 |
| 06/03 | | Processed Check - AMERICAN EXPRESS | | | | |
| 06/03 | | ID: 9133133497 | | | | |
| 06/03 | | %% ACH ECC ARC | | | | |
| 06/03 | | %% ACH Trace 091000011645557 | | | | |
| 06/03 | | DRAFT #000227 TRACER # 0011420186 | | | 6,021.66- | 3,828.38 |
| 06/03 | | Processed Check - AMERICAN EXPRESS | | | | |
| 06/03 | | ID: 9133133497 | | | | |
| 06/03 | | %% ACH ECC ARC | | | | |
| 06/03 | | %% ACH Trace 091000011420186 | | | | |
| 06/03 | | Clearwater Financial Center    Deposit by Check | | | | |
| | | | | | 4,000.00 | 7,828.38 |
| 06/03 | | DRAFT #000224 TRACER # 80007080 | | | 134.41- | 7,693.97 |
| 06/03 | | DRAFT #000230 TRACER # 80962090 | | | 584.55- | 7,109.42 |
| 06/04 | | DRAFT #000226 TRACER # 2984417650 | | | 100.00- | 7,009.42 |
| 06/04 | | Processed Check - CREDIT FIRST NA | | | | |

--- Continued on Next Page ---



EXHIBIT
A



*More in Return.*



## grow financial
federal credit union

| ACCOUNT NUMBER | 0000281798 |
|---|---|

MARISABEL MENDEZ CLARK
3771 DARSTON ST
PALM HARBOR, FL  34685-1151

| STATEMENT DATE | FROM 06/01/13 | TO 06/30/13 |
|---|---|---|
| DIRECT INQUIRIES | (727)376-0300 | |
| PAGE: | 2 | |

SHARE SAVINGS ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION

| Posting Date | Effective Date | Transaction Description | Loan Principal Amount | FINANCE CHARGE | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|
| 06/04 | | ID: 9041202980 | | | | |
| 06/04 | | %% ACH ECC ARC | | | | |
| 06/04 | | %% ACH Trace 041202984417650 | | | | |
| 06/04 | | DRAFT #000228 TRACER # 0024337091 | | | 500.00- | 6,509.42 |
| 06/04 | | Processed Check - RSF/GEMB | | | | |
| 06/04 | | ID: 9200509007 | | | | |
| 06/04 | | %% ACH ECC ARC | | | | |
| 06/04 | | %% ACH Trace 021000024337091 | | | | |
| 06/05 | | DRAFT #000232 TRACER # 80048460 | | | 56.00- | 6,453.42 |
| 06/05 | | DRAFT #000231 TRACER # 80048450 | | | 378.00- | 6,075.42 |
| 06/05 | | DRAFT #000229 TRACER # 80112245 | | | 1,028.29- | 5,047.13 |
| 06/07 | | DRAFT #000233 TRACER # 80789780 | | | 400.00- | 4,647.13 |
| 06/14 | | Withdrawal at ATM #3165384 | | | 200.00- | 4,447.13 |
| 06/14 | | PUBLIX 36301 E LAKE RD PALM HARBOR FL | | | | |
| 06/14 | | DRAFT #000234 TRACER # 80651895 | | | 60.00- | 4,387.13 |
| 06/17 | | Deposit by Check | | | 4,050.00 | 8,437.13 |
| 06/19 | | DRAFT #000236 TRACER # 80283270 | | | 34.00- | 8,403.13 |
| 06/19 | | DRAFT #000235 TRACER # 80302140 | | | 70.00- | 8,333.13 |
| 06/19 | | Withdrawal by ATM #317001001685 | | | 30.98- | 8,302.15 |
| 06/19 | | PUBLIX 33343 US 19 N PALM HARBOR FL | | | | |
| 06/21 | | DRAFT #000239 TRACER # 80056085 | | | 5,000.00- | 3,302.15 |
| 06/24 | | Deposit by Check | | | 4,000.00 | 7,302.15 |
| 06/24 | | DRAFT #000241 TRACER # 80873240 | | | 350.00- | 6,952.15 |
| 06/25 | | Deposit Transfer From Share 01 | | | 3,047.88 | 10,000.03 |
| 06/25 | | Withdrawal Transfer | | | 10,000.00- | 0.03 |
| 06/25 | | To DANDACHE,KHANJAR 0000939189 Share 15 | | | | |
| 06/25 | | Deposit Transfer From Share 01 | | | 5,000.00 | 5,000.03 |
| 06/25 | | DRAFT #000242 TRACER # 80289235 | | | 51.00- | 4,949.03 |
| 06/28 | 06/27 | Withdrawal by Debit Card | | | 157.29- | 4,791.74 |
| 06/28 | 06/27 | ENCHANTED EARTH LLC DUNEDIN FL | | | | |
| 06/28 | | Deposit by Check | | | 2,109.27 | 6,901.01 |
| 06/28 | | DRAFT #000238 TRACER # 80226840 | | | 30.00- | 6,871.01 |
| 06/30/13 | ID  15   GROW GREEN CHECKING | | Ending Balance | | 6,871.01 | |
| | | Dividends Year To Date | | | 0.00 | |

| Number | Amount | Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|---|---|
| 000198* | 70.32- | 000228 | 500.00- | 000233 | 400.00- | 000239* | 5,000.00- |

--- Continued on Next Page ---

**More in Return.**



| ACCOUNT NUMBER | 0000281798 |
|---|---|

MARISABEL MENDEZ CLARK
3771 DARSTON ST
PALM HARBOR, FL  34685-1151

| STATEMENT DATE | FROM 06/01/13 | TO 06/30/13 |
|---|---|---|
| DIRECT INQUIRIES | (727)376-0300 | |
| PAGE | 3 | |

SHARE SAVINGS ACCOUNTS ARE NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THIS CREDIT UNION

| Posting Date | Effective Date | Transaction Description | Loan Principal Amount | FINANCE CHARGE | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|
| 000224 | 134.41- | 000229 | 1,028.29- | 000234 | 60.00- | 000241 | 350.00- |
| 000225 | 25.14- | 000230 | 584.55- | 000235 | 70.00- | 000242 | 51.00- |
| 000226 | 100.00- | 000231 | 378.00- | 000236* | 34.00- | | |
| 000227 | 6,021.66- | 000232 | 56.00- | 000238 | 30.00- | | |

\* Asterisk next to number indicates skip in number sequence

Total Dividends Paid Year to Date          7.93

*More in Return.*

### Chase Online

TOTAL CHECKING (...0707)

Check Number: 1037    Post Date: 02/09/2015    Amount of Check: $1,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2015 JPMorgan Chase & Co.



**Capture Date: 11/14/2011 Sequence #: 9992459497**



**MARITZA W DANDACHE**
15502 CARRILLON ESTATES BLVD
TAMPA FL 33625-3302

1002
63-4/630 FL
1560

Date 11/12/11

Pay to the Order of Khanjar Dandache          $ 500.00

five Hundred dollars and 00/100          Dollars

**Bank of America**
ACH R/T 063100277

For

⑆063000047⑆ 898039517⑈13⑆ 1002

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 11/14/2011 | 0028412414 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 11/14/2011 | 009992459497 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 06/05/2012 Sequence #: 9692652398**

**MARITZA W DANDACHE**
4518 BAY SPRING CT
TAMPA FL 33611-5639

1054
63-1/630 FL
1560

6/3/12 date

PAY to the order of  Neda Dandache                    $ 300.00

Three hundred dollars  and 00/100                    dollars

**Bank of America**
ACH R/T 063100277

for _____

⑆063000047⑆ 898039517213⑈ 1054

3281419125

Electronic Endorsements
| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 06/05/2012 | 000003281419125 | 122105278 | -1 | Y | | WELLS FARGO BANK, NA |
| 06/05/2012 | 009692652398 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 07/30/2012 Sequence #: 8512710274**

MARITZA W DANDACHE
4518 BAY SPRING CT
TAMPA FL 33611-5639

1062

63-4/630 FL
1560

7/25/12

PAY to the order of _Neda Dandache_     | $ 200·00

_Two Hundred dollars and 0/100 cents_    dollars

**Bank of America**
ACH R/T 063100277

for _____

⑈063000047⑈ 898039517213⑈ 1062

Seq: 189
Batch: 805816

**************

Seq 189 07/30/12
BATCH 805816 CC:0750007076
TPS:Jacksonville
07/30/2012 09:21   8841 Baymeadows Highway BC FL2-102

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 07/30/2012 | 8512710274 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 08/28/2012 Sequence #: 9192763444**

MARITZA W DANDACHE
4518 BAY SPRING CT
TAMPA FL 33611-5639

1069

83-4/630 FL
1580

8/24/12   Date

Pay to the Order of  Khandar Dandache    $ 600.00

Six hundred dollars and 0/100 cents    Dollars

**Bank of America**

ACH R/T 063100277

For My Favorit Daddy

⑈063000047⑈ 8980395172⑈3⑈ 1069

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 08/28/2012 | 0031043343 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 08/28/2012 | 009192763444 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 09/27/2012 Sequence #: 9692332531**

NAPA VALLEY

**MARITZA W DANDACHE**
4518 BAY SPRING CT
TAMPA FL 33611-5639

1075
63-4/630 FL
1560

9/7

DATE

PAY TO THE
ORDER OF   _Khan Jar Dandache_                    $ 400.00

_four hundred Dollars and 0/00_                    DOLLARS

**Bank of America**
ACH R/T 063100277

FOR

⑈063000047⑈ 898039517214⑈1075

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 09/27/2012 | 0029190342 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 09/27/2012 | 009692332531 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 03/13/2013 Sequence #: 9292816492

MARITZA W DANDACHE
15502 CARRILLON ESTATES BLVD
TAMPA FL 33625-3302

1036

63-4/630 FL
1560

Date 3/13/13

Pay to the Order of Khanjar Dandactte                    $ 1,500.00

one thousand five hundred dollars and 0/100        Dollars

Bank of America

ACH R/T 063100277

For Car

⑈063000047⑈ 898039517213⑈ 1036

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 03/13/2013 | 0029181931 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 03/13/2013 | 009292816492 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

**MARITZA W DANDACHE**
15502 CARRILLON ESTATES BLVD
TAMPA FL 33625-3302

**1037**

63-4/630 FL
1960

3/29/13
date

PAY to the order of _Khanjar Dandache_ $ 1,000.00

_one thousand dollars and 0/100_ dollars

**Bank of America**

ACH R/T 083100277

for _Daddy_

⑆063008047⑆ 898039517243⑈ 1037

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/25/2013 | 0029230837 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 03/26/2013 | 009092126318 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 10/17/2012 Sequence #: 9992727514

MARITZA W DANDACHE
4518 BAY SPRING CT
TAMPA FL 33611-5639

1078
63-4/630 FL
1560

10/7 _____ Date

Pay to the
Order of _Bayridge Services_____ $500.00

_five hundred and_____ 0/100 _____ Dollars

**Bank of America**
ACH R/T 063100277

For _____

⑆063000047⑆ 898039517213⑈ 1078

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 10/17/2012 | 0030097835 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 10/17/2012 | 009992727514 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

**MARITZA W DANDACHE**
4518 BAY SPRING CT
TAMPA FL 33611-5639

**1080**
63-4/630 FL
1560

10/28/12 date

PAY to the order of _Khanjar Dandache_    $ 200.00

two hundred dollars and 0/100    dollars

**Bank of America**

ACH R/T 063100277

for _____    MP

⑆063000047⑆ 898039517213⑈ 1080

1000 111 76 0079
Baybridge Sons

---

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 10/29/2012 | 0028401148 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 10/30/2012 | 009592777936 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 01/08/2013 Sequence #: 9392495674**

NAPA VALLEY

**MARITZA W DANDACHE**
4518 BAY SPRING CT
TAMPA FL 33611-5639

**1097**
83-4/830 FL
1560

DATE 1/5/13

PAY TO THE
ORDER OF _Khanjar Dandache_      $ 500.00

_Five Hundred dollars and 9/100_      DOLLARS

**Bank of America**
ACH R/T 083100277

FOR _____

⑈063000047⑈ 898039517213⑈ 1097

BAY RIDE Serv.
deposit only

100011760079

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 01/07/2013 | 0031332532 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 01/08/2013 | 009392495674 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found

**MARITZA W DANDACHE**
4518 BAY SPRING CT
TAMPA FL 33611-5639

1098

63-4/630 FL
1560

Playful
pals

1|9|13                        Date

Pay to the
Order of   Khanjak Dandache                    $ 3,500.00

Three thousand five hundred dollas and 0/100    Dollars

**Bank of America**

ACH R/T 063100277

For _____

⑆063000047⑆ 898039517213⑆ 1098

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 01/09/2013 | 0030078202 | 63102152 | -1 | Y | | SUNTRUST BANK |
| 01/09/2013 | 009892771846 | 111012822 | Pay Bank | N | | BANK OF AMERICA, NA |

No Payee Endorsements Found